IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN District OF ILLINOIS

ANTHONY G. BROWN A-72335
             plaintiff

    v.

DR. SALEH OBAISI, DR. LOUIS SHICKER
DR. A. MARTIJA, MS. LATANYA WILLIAMS
And WEXFORD HEALTH SOURCES, INC.
             Defendants

CASE NUMBER: 1: 16-CV-I0422

Judge John Z Lee

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES
## PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 25

Plaintiff, ANTHONY G. BROWN by and through his attorney, Nigro, Westfall & Gryska, pursuant to Federal Rules of Civil Procedure 25, moves to substitute Ghaliah Obaisi, as Independent Executor of the Estate of Saleh Obaisi, as a named party in place of Dr. Saleh Obaisi. In support of this motion, plaintiff states as follows:

1.    Dr. Saleh Obaisi was named as a defendant in this case, and he died on December 23, 2017.

2.    An estate has been opened in Cook County Circuit Court as case number 2018 P 150. Ghaliah Obaisi has been named as Independent Executor of the Estate of Saleh Obaisi, deceased.

3.    That Ghaliah Obaisi as Executor of the Estate of Saleh Obaisi, deceased be substituted as a party defendant in place of Saleh Obaisi.

WHEREFORE, the plaintiff prays this Honorable Court grant this motion and substitute Ghaliah Obaisi as Independent Executor of the Estate of Saleh Obaisi, deceased, as a defendant in place of defendant, Saleh Obaisi, now deceased.

Anthony G Brown
A-72335

By : _____

NIGRO, WESTFALL & GRYSKA, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139
(630) 682-9872
Attorney No. 57176    mark@nigrowestfall.com